IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| ALFRED GREEN; and DIANNE GREEN, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CIVIL ACTION FILE NO. 5:22-CV-169 |
| WERNER ENTERPRISES, INC. and FERNANDO BATISTA, | * * * * | |
| Defendants. | * | |

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW State Farm Mutual Automobile Insurance Company, a Defendant in the above-captioned action, and pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 87.1, State Farm Mutual Automobile Insurance Company states the following:

State Farm Mutual Automobile Mutual Automobile Insurance Company does not have a parent corporation.

State Farm Mutual Automobile Insurance Company has several subsidiary corporations, and they are as follows: State Farm Indemnity Company (IL) State Farm County Mutual Insurance Company of Texas, Ogiesby Reinsurance Company (IL), State Farm Fire and Casualty Company (IL), State Farm General Insurance Company (IL), State Farm Lloyds, Inc. (TX), State Farm Florida Insurance Company (FL), Top Layer Reinsurance, Ltd. (BMU), Dover Bay Specialty Insurance Company (IL), HiRoad Assurance Company (IL), State Farm Life and Accident Assurance Company (IL), State Farm Life Insurance Company (IL), State Farm Bank, FSB (IL), EMVLP, LLC, State Farm Investment Management Corp. (DE), State Farm Liquidity Pool LLC (DE); State Farm Companies Foundation (IL), Insurance Placement Services, Inc. (IL); State Farm International Services, Inc. (AZ), State Farm International Holding Company (DE),

4eightyfive, LLC (DE), Alabama WMT, LLC (DE), Atlanta Hub One SFMM, LLC, Atlanta Office Investments, LLC (DE), Atlanta Office Ph I, LLC, Austin Jack, LLC (DE), BCS Office Investments One, LP (TX), BCS Office Investments Two, LP (TX), BlueOwl, LLC (DE); Centennial Jack II, LLC (DE), Centennial Jack IV, LLC (DE), Centennial Jack V, LLC (DE), Centennial Mac Jack, LLC, Centennial Park III, LLC (DE), City Lights on Fig, LP (CA); Dallas DC A, LLC (DE); Dallas DC B, LLC (DE), Dallas Hub One SFGP, LLC, Dallas Hub One SFLP, LLC (DE), Dallas Hub Two SFGP, LLC (DE), Dallas Hub Two SFLP, LLC (DE), DRT, LP (CA), Hoover Ross Bridge, LLC (DE), Idaho – Brockton, LP (CA), Idaho Pacific, LLC (DE), Kansas City Data Center D, LLC (DE), Mountainbrook, LLC (DE), New Jersey Kimball, LLC (DE), RS Realty, LLC (IL), SF Risk Management Group, LLC (DE), SFCL, LLC (DE), SRL Portfolio, LLC (DE), State Farm Realty Investment Company (AZ), Tempe Office Investment, LLC (DE), State Farm Equity and Bond Fund (DE), State Farm Equity Fund (DE), State Farm International Index Fund (DE), State Farm Small Cap Index Fund (DE), State Farm Small/Mid Cap Equity Fund (DE); Foreign Securities Trust No. 1 (IL), State Farm Emerging Market Equity Trust (IL), and State Farm Companies' Canadian Agent Termination Benefit Security Trust (CAN).

State Farm Mutual Automobile Insurance Company is a mutual insurance company and as such does not have any shareholders; therefore, no stock is available for ownership by any publicly-held corporations or companies.

This the 17th day of May, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Mark D. Maholick*
MARK D. MAHOLICK
Georgia Bar Number 591633
mmaholick@hallboothsmith.com
*Attorneys for State Farm*

1301 1st Avenue, Suite 100
P.O. Box 2707
Columbus, GA  31902
P: 706-494-3818
F: 706-494-3828

## CERTIFICATE OF SERVICE

Ashley Pitts, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street NE, Suite 4010
Atlanta, GA 30308
Ashley.pitts@witheritelaw.com

Mark G. Pitts, Esq.
Kenneth S. Nugent, P.C.
300 Mulberry Street, Suite 106
Macon, GA 31201
Mpitts@attorneykennugent.com

Scott H. Moulton, Esq.
Sean B. Cox, Esq.
Preston A. Dunaway, Esq.
Hall Booth Smith, PC
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303
smoulton@hallboothsmith.com
scox@hallboothsmith.com
pdunaway@hallboothsmith.com

This the 17th day of May, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Mark D. Maholick*
MARK D. MAHOLICK
1301 1st Avenue, Suite 100     Georgia Bar Number 591633
P.O. Box 2707                  mmaholick@hallboothsmith.com
Columbus, GA  31902            *Attorneys for State Farm*
P: 706-494-3818
F: 706-494-3828